

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00023-CV

———————————————

LG CHEM, LTD., Appellant

V.

ANDREW TRAYLOR, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-300513-18

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has informed the court that the parties entered an agreement resolving their dispute. Accordingly, Appellant has filed a motion to dismiss the appeal, and Appellee does not oppose the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: October 14, 2021